IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAURA PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | FILED: AUGUST 14 , 2008 |
| | ) | 08CV4625 |
| vs. | ) No. | JUDGE LEINENWEBER |
| | ) | MAGISTRATE JUDGE DENLOW |
| PRO SOURCE MOTORSPORTS, INC., | ) | |
| | ) | |
| Defendant. | ) | AEE |

## COMPLAINT

NOW COMES Plaintiff, LAURA PITTMAN ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., complaining against Defendant, PRO SOURCE MOTORSPORTS, INC. ("Defendant"), and alleging as follows:

### PRELIMINARY STATEMENT

1.   This is an action for actual and statutory damages for violations of the Odometer Requirements Act, 49 U.S.C. § 32107, et seq. and 625 ILCS 5/3-112.1.

### JURISDICTION AND VENUE

2.   Jurisdiction arises under the Odometer Requirements Act, 15 U.S.C. § 1989 (b) which gives this court subject matter jurisdiction.

### FACTS COMMON TO ALL COUNTS

3.   The Plaintiff, LAURA PITTMAN ("Plaintiff") was at all times relevant hereto residing in the state of Illinois.

4.   The Defendant, PRO SOURCE MOTORSPORTS, INC. ("Seller") is a business corporation engaged in the sale of motor vehicles and related services and accessories. Seller is authorized to and conducts business in the state of Illinois.

5. On or about May 23, 2008, Plaintiff purchased from Seller a used 2005 Honda Ridgeline ("Ridgeline") for valuable consideration (See purchase documents, attached hereto as Exhibit "A").

6. Prior to and at the time of Plaintiff's purchase, Seller, acting through its duly authorized agents and salesperson, Russell Ott, made numerous representations to Plaintiff regarding the Ridgeline, including the following:

   a. That the Ridgeline had been driven twenty-five thousand (25,000) miles (See sale listing on EBay Motors for the Ridgeline, attached hereto as Exhibit "B").

7. In making the aforementioned representation, Seller misrepresented, suppressed, omitted and/or concealed the following material facts from Plaintiff, with the intent Plaintiff rely on said misrepresentations, suppressions, omissions and/or concealments:

   a. that the Ridgeline had not been driven only twenty-five thousand (25,000) miles;
   b. that the Ridgeline's odometer had been replaced or rolled back to show only twenty-five thousand (25,000) miles; and,
   c. that the Ridgeline had traveled an amount of miles substantially in excess of twenty-five thousand (25,000) miles (See copy of Fuller's receipt evidencing excess mileage, attached hereto as Exhibit "C").

8. Seller failed to inform Plaintiff that the twenty-five thousand (25,000) miles as represented by Defendant was not the actual mileage as required on the Odometer Disclosure Statement (See Exhibit "B").

9. Had Plaintiff known Seller's representations as stated above were untrue, or had Plaintiff known the true condition of the Ridgeline, Plaintiff would not have purchased the Ridgeline.

10. Plaintiff exercised all due diligence and reasonably relied on Seller's representations.

11. Seller had either actual knowledge or reasonably should have known the falsity of its representations, or acted in reckless disregard for the truth or falsity of its representations.

12. Seller intended to induce Plaintiff's reliance on Seller's pre-sale representations.

13. Plaintiff suffered actual damages in reliance on Seller's misrepresentations, including:

   a. purchase of an automobile which failed to conform to the basis of the bargain as it was not worth the amount as represented;
   b. loss of all moneys expended towards the purchase of the Ridgeline; and,
   c. severe aggravation and inconvenience.

14. Plaintiff's actions of purchasing an automobile from Seller are akin to all consumers' actions and thus concern all consumers.

15. Seller's misrepresentation of and/or failure to disclose the true condition of the Ridgeline involve consumer protection concerns, as Seller holds itself out to be a place of business where consumers can come to purchase automobiles and related services.

16. The requested relief is in the best interest of all consumers, as if the requested relief is granted, Seller will be discouraged from engaging in conduct similar to that alleged fraudulent in this Complaint.

## COUNT I
## VIOLATION FEDERAL ODOMETER REQUIREMENTS ACT- SELLER

17. Plaintiff re-alleges and incorporates by reference as though fully set forth herein, paragraphs 1-16 of this Complaint.

18. Seller's actions as stated above constitute a violation of the Federal Odometer Requirements Act, 49 U.S.C. 32701 et. seq.

WHEREFORE, Plaintiff requests that the Court:

    a.    Enter judgment against Seller for actual, statutory, punitive and other damages to which Plaintiff is entitled;
    b.    Award attorneys fees, litigation expenses and costs; and
    c.    Grant other relief deemed just and appropriate.

## COUNT II
## ILLINOIS ODOMETER FRAUD
## SELLER

19.    Plaintiff re-alleges and incorporates by reference as though fully set forth herein, paragraphs 1-16 of this Complaint.

20.    Seller's actions as stated above constitute violations of Illinois State law, 625 ILCS 5/3-112.1.

WHEREFORE, Plaintiff requests that the Court:

    a.    Enter judgment against Seller for all actual, statutory and punitive damages to which Plaintiff is entitled;
    b.    Award attorneys fees, expenses of litigation and costs; and
    c.    Grant other relief deemed just.

*PLAINTIFF DEMANDS A TRIAL BY JURY*

                                         Respectfully submitted,
                                         **LAURA PITTMAN**

                                         By: s/Gregory H Moss
                                                  Attorney for Plaintiff

KROHN & MOSS, LTD.
Attorneys for Plaintiff
120 West Madison Street, 10th Floor
Chicago, IL 60602
(312) 578-9428

**EXHIBIT A**

# PRO SOURCE MOTORSPORTS

WWW.PROSOURCEMOTORSPORTS.COM
630 EAST US ROUTE 6
MORRIS, IL 60450
815-941-9258

**Customer:**
PITMAN, LORI
827 B RATTEN AVE
MARSEILLES, IL 61341
1-815-795-2753  1-815-252-7143

# Sales Deal Summary

Deal Number: 1006723
Date: 5/24/2008
Delivery Date: 5/23/2008
Finalized Date:
First Payment Due: 6/22/2008

| Major Units | Stock # | Year | Make | Model | Model Name | VIN |
|---|---|---|---|---|---|---|
| | H513474 | 2006 | HONDA | RIDGELINE | | 2HJYK16536H513474 |

## Major Units

| | |
|---|---|
| Unit | $20,000.00 |
| Freight | $0.00 |
| Handling | $0.00 |
| **Total Unit** | **$20,000.00** |
| Parts and Accessories | $0.00 |
| Installation | $0.00 |
| **Total Parts and Install** | **$0.00** |
| Shipping | $0.00 |
| U.V.I. | $268.00 |
| Delivery | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| **Total Dealer Defined** | **$268.00** |

## Fees & Insurance

| | |
|---|---|
| Vehicle Tax | $1,276.13 |
| Sales Tax | $0.00 |
| Doc Fees | $150.00 |
| License Fees | $105.00 |
| **Total Fees** | **$1,531.13** |
| Service Contract | $0.00 |
| Prop / Liab Insurance | $0.00 |
| Credit Life | $0.00 |
| Accident / Health | $0.00 |
| | $0.00 |
| | $0.00 |
| **Total Insurance Taxes** | **$0.00** |
| **Total Insurance** | **$0.00** |
| Etching | $0.00 |
| Pre-Paid Maintence | $0.00 |
| C.C. fee | $0.00 |
| Acquisition Fee | $0.00 |
| Gap | $0.00 |
| Tire & Wheel | $0.00 |
| **Total Dealer Defined** | **$0.00** |

## Down Payment

| | |
|---|---|
| Total Previous Payments | $0.00 |
| Additional Pmt Today | $0.00 |
| Deferred Payment | $0.00 |
| | $0.00 |
| Manuf to Cust Rebate | $0.00 |
| **Total Down Payment** | **$0.00** |
| Trade Allowance | $0.00 |
| Less Trade Payoff | $0.00 |
| **Trade Equity** | **$0.00** |

## Financing

| | | | |
|---|---|---|---|
| Total Price | $21,799.13 | Term | 0 |
| Less Down | $0.00 | APR | 0.000% |
| | | Add-on | 0.0% |
| Amount Financed | $21,799.13 | Extra | 0.0% |
| Finance Charge | $0.00 | | |
| Total of Payments | $21,799.13 | Monthly Payment | $0.00 |

**Illinois Department of Revenue**
# ST-556 Sales Tax Transaction Return
(R-7/06) (For Vehicles, Watercraft, Aircraft, Trailers, and Mobile Homes)

Tax return no.: _____
IBT no.: _____
Taxable location no.: _____
Taxable location name: _____
Dealer's license no.: _____
Rev: 04
Form: 016

Do not write above this line.  | NS | CA | ED | RC | TL |

## 1 Write the buyer's name and address

Name(s): PITMAN, LORI
Street: 827 E RATTEN AVE   City: MARSEILLES   State: IL   ZIP: 61341

## 2 Describe the item sold
- [ ] A Vehicle
- [ ] B Watercraft
- [ ] C Aircraft
- [ ] D Trailer
- [ ] E Mobile Home
- [ ] F _____

- [ ] New   [X] Used

Identification no.: 2HGYK16593H519474
Year: 2006   Make: HONDA
Body style and model: RIDGELINE

## 3 Write the date of delivery ___/___/___
(This return is due no later than 20 days after the date of delivery.)

## 4 Describe the trade-in, if any
Item traded in: _____
Identification no.: _____
Year: _____ Make: _____
Body style and model: _____

## 5 Exempt or sale to a nonresident
If so, check the correct box below, and see instructions for Section 6.
- [ ] A Nonresident buyer (NOT an out-of-state dealer) See instructions.
  drive-away permit no./lic. plate no. _____ state _____
- [ ] B Sold for resale to a DEALER _____
  (Write either the Illinois dealer's IBT no. or "Out-of-state dealer")
- [ ] C Exempt organization (government, school, religious, or charitable)
  tax-exempt no. E- _____
- [ ] D Sold to an interstate carrier for hire for use as rolling stock
  Certificate of authority no. _____
- [ ] E Sold for rental use
  buyer's IBT no. _____
- [ ] F Other (describe) _____

Under penalties of perjury, we state that we have examined this return, including any schedules and statements, and to the best of our knowledge, it is true, correct, and complete. If the seller has taken a qualified trade-in, we also state that the buyer has properly assigned and surrendered the title of the trade-in to the seller.

Signature of buyer(s) _____ Date _____
Signature of seller _____ Date _____

## 6 Write the price, and figure the tax (Round to nearest dollar)
You must complete Lines 1 and 2 even if no tax is due.
1. Total price (include accessories, federal excise taxes, freight and labor, dealer preparation, documentary fees, and dealer-reimbursed rebates or incentives). $20,150.00
2. Total trade-in credit or value. 00.00
3. Amount subject to tax [Line 1 - Line 2] $20,150.00
4. Tax [Line 3 X _____] (If you made this sale from a temporary sales location, see the instructions.) 250.00
5. Use tax for certain districts - (see instructions) Do not report home rule use tax below.
   a. County _____
   b. City _____
   c. Township _____ 0.00
6. Total tax [Line 4 + Line 5] $1,209.00
7. Retailer's allowance if filed on time [Line 6 X _____] $20.00
8. Net tax due [Line 6 - Line 7] $1,227.00
9. Prior overpayment (see instructions) 0.00
10. Credit for previously paid tax (see instructions) 0.00
    On the line below, write the tax return number of the Form ST-556 on which you previously paid tax to an Illinois dealer.
    Tax return no. _____
11. Excess tax collected. 0.00
12. Total tax due [Line 8 - Line 9 - Line 10 + Line 11] $1,227.00
13. Credit memorandum (see instructions) 0.00
14. Amount due [Line 12 - Line 13] $1,227.00
    Dealer's check no. _____

Do not write below this line.
Date received by Illinois state government   Copy 3 - Purchaser's

**EXHIBIT B**

Printer Version: All | Summary



Listed in category: eBay Motors > Cars & Trucks > Honda > Ridgeline

# 2005 Honda Ridgeline
Honda : Ridgeline

Item number: 310052411681

| | |
|---|---|
| Starting bid: | **US $20,000.00** |
| | Get low monthly payments |
| Shipping: | See item description for shipping details |
| Sells to: | United States |
| Item location: | MORRIS, IL, United States |
| Ended: | May-24-08 12:48:27 PDT |
| History: | 0 bids |
| Seller: | prosourceliquidators ( 173 ☆ ) |
| Store: | **PRO SOURCE MOTORSPORTS** |
| Feedback: | **173 ( 100% positive)** |
| Member: | since Oct-15-03 in United States |

**This vehicle comes with up to $50,000 in fraud protection**

## 2005 Honda Ridgeline

| | |
|---|---|
| Title: | ***2005 Ridgeline LOADED!Leather!CLEAN! No Reserve*** |
| Mileage: | 25,000 miles |
| Location: | MORRIS, IL |
| **Vehicle Information** | |
| VIN: | 2HJYK16536H513474 | Get the Vehicle History Report |
| Inspection: | Order an independent inspection |
| Warranty: | No |
| Vehicle title: | Clear |
| Condition: | Used |
| For sale by: | Dealer |
| **Features** | |
| Body type: | SUV     Engine:   6 Cylinder    Exterior color:   White |

| Transmission: | Automatic | Fuel type: | Gasoline | Interior color: | Gray |
|---|---|---|---|---|---|
| Cab type (for trucks only): | Crew cab | | | | |

**Options**

| Sunroof | Leather seats | Cassette player |
|---|---|---|
| CD player | 4-Wheel drive | Anti-lock brakes |
| Driver airbag | Passenger airbag | Air conditioning |
| Cruise control | Power locks | Power windows |
| Power seats | | |

**Description** (revised)

## PRO SOURCE MOTORSPORTS



Visit my eBay Store: PRO SOURCE MOTORSPORTS

PRE-OWNED UNITS | CLOSE OUTS | Other |
SUZUKI ATV ACCESSIORES | New Units

Add to Favorite Stores

**Vehicle Description**

### Fully Loaded 2005 Honda Ridgeline

ProSource Motorsports  Morris, IL 815-941-9258

White with tan/grey leather interior

20" custom wheels

stock wheels also included

4 Door

AM/FM/CD/GPS/Satellite radio

truck bed cover

storage under truck bed

Has power everything:

windows

locks

seats

sunroof

This vehicle had been very well maintained, dealer owned.

eBay Motors: Honda : Ridgeline (item 310052411681 end time Ma... http://cgi.ebay.com/ebaymotors/Honda-Ridgeline_W0QQitemZ310...

Illinois residents pay tax, title, and doc fee. AZ, CA, FL, HI, IN, MA, MI, SC, VT residents pay tax and doc fee. All other residents pay doc fee. Buyer is responsible for shipping and/or delivery charges. If you have any questions about the vehicle or fees, please contact us prior to bidding. We are a licensed dealer out of the suburbs of Chicago ,IL. We are open 7 days a week to answer all of your questions. For more information, or to schedule a test drive, call 815-941-9258 and ask for eBay sales dept.

**Enlarge this picture**



**Select a picture**










00158

## Shipping, payment details, and return policy

**Pickup & Shipping**
See item description for shipping details.

Case 1:08-cv-04625　　Document 1　　Filed 08/14/2008　　Page 12 of 18

eBay Motors: Honda : Ridgeline (item 310052411681 end time Ma...　　file:///C:/Documents%20and%20Settings/Dad/My%20Documents/...

Illinois residents pay tax, title, and doc fee. AZ, CA, FL, HI, IN, MA, MI, SC, VT residents pay tax and doc fee. All other residents pay doc fee. Buyer is responsible for shipping and/or delivery charges. If you have any questions about the vehicle or fees, please contact us prior to bidding. We are a licensed dealer out of the suburbs of Chicago, IL. We are open 7 days a week to answer all of your questions. For more information, or to schedule a test drive, call 815-941-9258 and ask for eBay sales dept.

Enlarge this picture

Select a picture




00158





## Shipping, payment details, and return policy

**Pickup & Shipping**
See item description for shipping details.

eBay Motors: Honda : Ridgeline (item 310052411681 end time Ma...     http://cgi.ebay.com/ebaymotors/Honda-Ridgeline_W0QQitemZ310...

Illinois residents pay tax, title, and doc fee. AZ, CA, FL, HI, IN, MA, MI, SC, VT residents pay tax and doc fee. All other residents pay doc fee. Buyer is responsible for shipping and/or delivery charges. If you have any questions about the vehicle or fees, please contact us prior to bidding. We are a licensed dealer out of the suburbs of Chicago ,IL. We are open 7 days a week to answer all of your questions. For more information, or to schedule a test drive, call 815-941-9258 and ask for eBay sales dept.

Enlarge this picture           Select a picture




00158





## Shipping, payment details, and return policy

**Pickup & Shipping**
See item description for shipping details.

Illinois residents pay tax, title, and doc fee. AZ, CA, FL, HI, IN, MA, MI, SC, VT residents pay tax and doc fee. All other residents pay doc fee. Buyer is responsible for shipping and/or delivery charges. If you have any questions about the vehicle or fees, please contact us prior to bidding. We are a licensed dealer out of the suburbs of Chicago ,IL. We are open 7 days a week to answer all of your questions. For more information, or to schedule a test drive, call 815-941-9258 and ask for eBay sales dept.

Enlarge this picture



Select a picture



  

00158

### Shipping, payment details, and return policy

**Pickup & Shipping**
See item description for shipping details.

**Seller's payment instructions**

IL residents pay tax, title and doc fee. Out of state residents pay all applicable taxes and doc fee. Buyer responsible for shipping or delivery fees

**Deposit via PayPal**

US $500.00 within 72 hours of auction close.



**Payment methods accepted**

- Personal check
- Cashier's Check (certified from US or Canadian bank) or money order
- Loan check
- Cash (in person)

**Full payment**

Required within 10 days of auction close.

Seller assumes all responsibility for listing this item.

Having trouble printing this page?

© 1995-2008 eBay Inc. All Rights Reserved. eBay and the eBay logo are among the registered trademarks of eBay Inc. Kelley Blue Book® and Blue Book® are registered trademarks of Kelley Blue Book Co., Inc. Other trademarks and brands are the property of their respective owners. Some automotive images © eVox Productions LLC, all rights reserved. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

**EXHIBIT C**

## Fuller's Carwash of Geneva
1122 E State St
Geneva, IL 60134
630 845-0055

Lube Invoice & Recommendations



**41083G-IL**

### CUSTOMER & VEHICLE INFO

me: OTT, RUSSELL  Ph#:
dress: 1N292 BUNGINGS ROAD
GENEVA, IL 60134

Vehicle: 2006 Honda Ridgeline (White)
Engine: 6Cyl 3.5L EFI(J35A9) (L)
VIN#:
Invoice Printed on: 10/08/2007, 04:15 PM   Odometer: 79,409

### NOTES
L: All service is indicated by the SERVICE light. Read service mbol on console and service accordingly

### SERVICE HISTORY

| Date | Ago | Miles | Ago | Services |
|---|---|---|---|---|
| 10/08/07 | | 79,409 | | FSOilCh, Wipers |
| 07/05/07 | 3mo | 73,957 | 5k | FSOilCh |
| 02/18/07 | 8mo | 68,575 | 11k | FSOilCh |

6H5134 74

### SERVICES PERFORMED

| | |
|---|---|
| Lube Chassis | Zerks: 0 |
| Wiper Blades | Replaced Passenger* |
| Front Diff. Fluid | Checked-OK |
| Rear Diff. Fluid | Checked-OK |
| Serpentine Belt Chk | Checked-OK |
| Air Filter | Checked-OK |
| Breather | N/A |
| CV Valve | Checked-OK |
| Cabin Air Filter | N/A |
| Transmission Fluid | Checked-OK |
| Brake Fluid | Added |
| Power Steering Fluid | Checked-OK |
| Coolant | Checked-OK |
| Front Tire Pressure | PSI: 35 |
| Rear Tire Pressure | PSI: 35 |
| Lights | Checked-OK |
| Windshid Washer Fluid | Added |
| Windshield Cleaned | Completed |

### SALE INFO / RECEIPT

**Sale # 43047046145**
**10/08/2007, 04:15 PM**

10/08/2007 04:23 PM
1M17432985 001
439593

| Qty | Description | Amount |
|---|---|---|
| 1 | FS Oil Change | 33.95 |
| 1 | 19 Point Inspection | |
| 1 | Environmental Fee | 1.50 |
| 1 | MILEOF:MO7317 | 0.00 |
| 4.5 | Castrol GTX 5w20 | 0.00 |
| 1 | Detail Package 3 | 169.95 |
| 1 | WIPER:BMEB22 | 11.95 |
| 1 | WIPER:BMEB24 | 12.95 |
| | Subtotal: | 230.30 |
| | Tax: | 2.66 |
| | Total: | 232.96 |
| VISA | | 232.96 |

VS XXXX XXXX XXXX 5412
Approval #: 095900

I will not hold this service center responsible for any pre-existing conditions or untimely/improper prior maintenance of this vehicle.
Lube Btm Tech (LB):
Lube Top Tech (LT):

### NEXT SERVICE
**01/06/2008 or 82,409 miles**
Thank you for visiting Fullers Fast lube!

Stop in and visit our new gas station

And Cafe Featuring Chicago style hot dogs

Hot Italian beef sandwiches and more!!!



## AUTOMOBILE DETAIL CENTERS



DONE ✓

| | | |
|---|---|---|
| GENEVA, IL | 1122 E. STATE STREET | (630) 845-0055 |
| OAK LAWN, IL | 4750 W. 103RD ST. | (708) 422-7500 |
| MOKENA, IL | 19510 LA GRANGE ROAD | (708) 478-8900 |
| PALOS HEIGHTS, IL | 117th & SOUTHWEST HWY | (708) 361-3060 |
| COUNTRYSIDE, IL | BRAINARD & PLAINFIELD | (708) 482-7888 |
| HINSDALE, IL | LINCOLN & CHICAGO AVE. | (630) 325-0088 |
| AURORA, IL | 2850 OGDEN AVENUE | (630) 898-9274 |
| WESTMONT, IL | 417 W. OGDEN AVE. | (630) 663-1600 |
| ELK GROVE, IL | HIGGINS & LIVELY | (847) 640-8228 |
| DES PLAINES, IL | ELMHURST & ALGONQUIN | (847) 952-9030 |

**NAME:** OTT RUSSELL  
**DATE:** 10-08-07  
**ADDRESS:**  
**MAKE:** HONDA  **MODEL:** RIDGELINE  **YEAR:** 2006  **RECEIVED:** A.M./P.M.  
**LICENSE NO.:**  **SPEC. INSTRUCTIONS:**  **PROMISED:** A.M./P.M.  
**WRITTEN BY:**  **TECHNICIAN:** Salvador  **PHONE:** 715-5825

## FULL SERVICE DETAILING

**DETAIL PACKAGE 1**
☐ **Deluxe Meguiar's Paste Wax** - Full service Soft Cloth car wash, Wax paint finish, Exterior chrome and trim cleaned and polished, Doors, hood and trunk jams cleaned, Wheels and tires cleaned, Armor All tires, bumpers and dash board.

**DETAIL PACKAGE 2**
☐ **Deluxe Paint Restoration** - Full service Soft Cloth car wash, Paint restoration (clean and polish paint finish), Wax paint finish, Exterior chrome and trim cleaned and polished, Doors, hood and trunk jams cleaned, Wheels and tires cleaned, Armor All tires, bumpers and dash board.

paid CC CC

**DETAIL PACKAGE 3**
☒ **Super Protection** - Full service Soft Cloth car wash, Wax paint finish, Exterior chrome and trim cleaned and polished, Doors, hood and trunk jams cleaned, Wheels and tires cleaned, Armor All tires and bumpers, Complete interior shampoo.   169.95

**DETAIL PACKAGE 4**
☐ **The Ultimate Protection** - Full service Soft Cloth car wash, Paint restoration (clean and polish paint finish), Wax paint finish, Exterior chrome and trim cleaned and polished, Doors, hood and trunk jams cleaned, Wheels and tires cleaned, Armor All tires and bumpers, Complete interior shampoo.

## EXPRESS & ALA CARTE DETAIL SERVICES

☐ Fuller's Fast Wax  
☐ Fuller's Interior Spiff     ☐ Including Seats  
☐ Shampoo Carpets & Mats  
☐ Special Wheel Cleaning  
☐ Complete Interior Shampoo  

☒ Misc  L/O/F

**TOTAL** 232.9