U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LAURA PITTMAN v PRO SOURCE MOTORSPORTS, INC. | FILED: AUGUST 14, 2008<br>08CV4625<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AEE
PLAINTIFF LAURA PITTMAN

| NAME (Type or print) |
|---|
| LEE CASSIE YATES |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ LEE CASSIE YATES |
| FIRM<br>KROHN & MOSS, LTD. |
| STREET ADDRESS<br>120 W MADISON STREET, 10TH FLOOR |
| CITY/STATE/ZIP<br>CHICAGO IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287731 | (312) 578-9428 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐