U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number:
LAURA PITTMAN v PRO SOURCE MOTORSPORTS, INC.   FILED: AUGUST 14, 2008
                                                                08CV4625
                                                                JUDGE LEINENWEBER
                                                                MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
                                                                AEE
PLAINTIFF LAURA PITTMAN

| NAME (Type or print) |
| --- |
| MATTHEW KIVERTS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ MATTHEW KIVERTS |
| FIRM |
| KROHN & MOSS, LTD. |
| STREET ADDRESS |
| 120 W MADISON STREET, 10TH FLOOR |
| CITY/STATE/ZIP |
| CHICAGO IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6284437 | (312) 578-9428 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |